474 A.2d 693

Commonwealth v. Schaefer, Appellant.

Argued January 26, 1984. Kurt S. Rishor for appellant; Robert F. Hawk, Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, TAMILIA and POPOVICH, JJ.

Judgment of sentence affirmed.